# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

Robert P. Young, Jr.,
Chief Justice

144840

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GERALD THOM and AILEEN THOM,
        Plaintiffs-Appellees

SC: 144840
COA: 301568
Macomb CC: 2004-003383-CZ

and

LOCKWOOD HILLS ASSOCIATION,
        Intervening-Plaintiff,

v

SIMON PALUSHAJ and SACA PALUSHAJ,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

_____
Clerk

p0927